1  LAW OFFICES OF PAUL A. RELICH, P.C.
   Paul A. Relich, Esq.
2  Arizona State Bar No. 10701
   8230 East Broadway Boulevard, Suite E-8
3  Tucson, Arizona 85710
   (520) 382-2800
4  par@relich.com

5  Attorney for Defendants

6              IN THE UNITED STATES DISTRICT COURT

7            IN AND FOR THE DISTRICT OF ARIZONA

8  Teri McGuire, in Her Individual Capacity,     )
                                                 )        No.
9                    Plaintiff                   )
                                                 )
10 Vs.                                           )      **NOTICE OF REMOVAL**
                                                 )
11 Stephen V. Streitfeld, M.D., P.C., a          )
   Professional Corporation, and Stephen V.      )
12 Streitfeld and Jane Doe Streitfeld, Husband
   and Wife.
13
                     Defendants.
14

15
        Defendant Stephen V. Streitfeld, M.D., P.C., a Professional Corporation, and Stephen
16
   V. Streitfeld and Jane Doe Streitfeld (whose true and correct name is Diane Streitfeld)
17
   ("Defendants"), pursuant to Title 28 U.S.C. §§1331, 1441 and 1446, hereby notice the
18
   removal of a civil action now pending in the Superior Court of the State of Arizona, in and
19
   for the County of Pima, under civil cause number C2014-2741, entitled "*Teri McGuire, vs.*
20
   *Stephen V. Streitfeld, M.D., P.C., a professional corporation, and Stephen V. Streitfeld and*
21
   *Jane Doe Streitfeld*", on the basis one of Plaintiff's claims arise under the laws of the United
22
   States, specifically, The Fair Labor Standards Act, Title 29 U.S.C. §§201 et seq., as amended
23
   ("FLSA").
24
   **A.    INTRODUCTION**
25
        On or about May 15, 2014, Plaintiff filed a Complaint in the Superior Court, Pima
26
   County, Arizona, civil cause number    C2014-2741, entitled "*Teri McGuire, vs. Stephen V.*
27
   *Streitfeld, M.D., P.C., a professional corporation, and Stephen V. Streitfeld and Jane Doe*
28

1   *Streitfeld*".  Plaintiff's action was filed in a State Court within the District and Division of

2   this Court.

3                                                    **I.**

4        All Defendants first received notice of Plaintiff's Complaint on May 19, 2014, when

5   it was served upon Defendants.

6                                                    **II.**

7        Defendants have answered Plaintiff's Complaint by filing an Answer in the Pima

8   County Superior Court on June 9, 2014. A copy of the Answer is attached hereto as Exhibit A.

9                                                    **III.**

10       Pursuant to 28 U.S.C. §1446(a), a copy of all pleadings, process and orders served

11  upon Defendants are attached hereto as Exhibit B, and incorporated herein by reference,

12  and include the following: Summons, Complaint,  Certificate of Compulsory Arbitration,

13  and Arbitration Notice.

14                                                   **IV.**

15       The thirty day period to file a Notice of Removal mandated by 28 U.S.C. §1446(b)

16  has not expired as of the date of the filing of this Notice of Removal.

17  **B.      A FEDERAL QUESTION IS PRESENTED**

18                                                   **V.**

19       In Paragraphs 7, 8, 9, 11, 12, 13, 14, 15 and 16 of the Complaint, Plaintiff alleges

20  as follows:

21       "7.     McGuire became a paid employee of Stephen V. Streitfeld, M.D.,
         P.C. on January 17, 2011.

22

23       8.      Stephen V. Streitfeld, M.D., P.C. is an employer and an enterprise as
         defined in the Fair Labor Standards ACT ("FLSA") and under Arizona
         Law.

24

25       9.      McGuire's employment with Stephen V. Streitfeld, M.D., P.C. ended
         on February 18, 2014.
         . . .

26       11.     McGuire worked more than 40 hours per week from the time she
         was hired to the time her employment ended.

27

28       12.     McGuire worked between 2.5 hours and 5 hours of overtime each

                                                     2

1    week that she was employed with Stephen V. Streitfeld, M.D., P.C.

2    13.    From the day McGuire was hired through the date she was
     terminated, Defendant Stephen V. Streitfeld, M.D., P.C. failed to pay
3    overtime wages to McGuire.

4    14.    McGuire does not fall under the Administrative Managerial, or
     Professional exceptions to the overtime requirement under the Arizona
5    wage law or the FLSA.  Based on her job duties and responsibilities, her
     work entitled her to overtime pay for all hours worked over 40 in one week.
6
     15.    The amount of overtime wages that Stephen V. Streitfeld, M.D., P.C.
7    failed to pay McGuire totals $15,392.50.

8    16.    Stephen V. Streitfeld, M.D., P.C.'s failure and/or refusal to properly
     compensate McGuire at the rates or amounts required by FLSA and the
9    Arizona Wage law was willful."

10                                         **VI.**

11   In Paragraphs 25, 26, 27, 28 and 30 of the Complaint, Plaintiff  alleges as follows:

12                                    "Count Two

13                       Violation of Fair Labor Standards Act

14   25.    While employed with Defendants, McGuire regularly worked
     between 2.5 and 5 hours overtime per week.
15
     26.    Defendants have intentionally failed and/or refused to pay McGuire
16   overtime in accordance with § 207 of the FLSA.

17   27.    As a result of Defendants' violations of the FLSA, McGuire has
     suffered damages in the amount of unpaid overtime compensation.
18
     28.    Pursuant to 29 U.S.C. § 216(b), Defendants are liable to McGuire for
19   an amount equal to one and one half times their regular rate of pay for each
     hour of overtime worked per week plus an additional equal amount as
20   liquidated damages.
     . . .
21   30.    Defendants did not make good faith effort to comply with the
     FLSA.""
22
                                          **VII.**
23
     Plaintiff's claim for violation of the "Fair Labor Standards Act" arises under a law
24
of the United States, Title 29 U.S.C. § 201 et seq., and the pending state court action is
25
removable to this Court.
26
                                         **VIII.**
27
     To the extent that Plaintiff's other claim in Count One may not be subject to
28

                                            3

1  removal, this Court has the authority to exercise jurisdiction over this claim under either

2  "pendent" jurisdiction or as a "separate and independent" cause of action within the

3  meaning of 28 U.S.C. §§1441(c).

4      **C.      CONCLUSION**

5                                            IX.

6          A copy of this Notice of Removal, along with a Notice of Filing Notice of

7  Removal will be promptly filed with the Clerk of the Superior Court of Pima County,

8  Arizona.  A copy of this notice has also been served upon Plaintiff's counsel by first class

9  mail to:

10         Thom Cope, Esq.,
           MESCH, CLARK & ROTHSCHILD, P.C.
11         249 North Meyer Avenue
           Tucson, Arizona 85701.

12                                            X.

13         This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil

14  Procedure.

15         RESPECTFULLY SUBMITTED 17th day of June, 2014.

16                                      LAW OFFICES OF PAUL A. RELICH, P.C.

17

18                                      s/Paul A. Relich
19                                          Paul A. Relich
                                            Attorney for Defendants
20

21      **ELECTRONIC FILING**

22  ORIGINAL of the foregoing filed through NEF
    this 17th day of June, 2014, with:
23
    U.S. District Court of Arizona
24

25  COPY of the foregoing mailed
    this 17th day of June, 2014, to:
26
    Thom Cope, Esq.
27  MESCH, CLARK & ROTHSCHILD, P.C.
    249 North Meyer Avenue
28

                                             4

1  Tucson, Arizona 85701
   Attorney for Plaintiff

2
   By _____s/ S. Grant_____

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28