IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Teri McGuire, in Her Individual Capacity,<br><br>Plaintiff<br><br>Vs.<br><br>Stephen V. Streitfeld, M.D., P.C., a Professional Corporation, and Stephen V. Streitfeld and Jane Doe Streitfeld, Husband and Wife.<br><br>Defendants. | NO. Case No. 4:14-cv-02171-LAB<br><br>ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE |

This matter having come before the Court upon the parties' Stipulation to Dismiss with Prejudice, and the Court being duly advised, it is hereby ordered that the case is hereby dismissed with prejudice, all parties to bear their own attorneys' fees and costs.

The Clerk of the Court is instructed to close the case.

DATED this 21st day of August, 2014.

*Leslie A. Bowman*

Leslie A. Bowman
United States Magistrate Judge